**Order entered November 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01616-CV

**LONE STAR ENGINE INSTALLATION CENTER, INC., ET AL., Appellants**

**V.**

**BRENDA GONZALES, ET AL., Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-15035**

## ORDER

We **GRANT** appellants' November 16, 2015 motion for an extension of time to file a reply brief. Appellants shall file a reply brief by **DECEMBER 1, 2015**.


/s/     ELIZABETH LANG-MIERS
        JUSTICE